JANUARY 18, 2005

ALANDO F. WALLACE
#10613-067
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

FILED
HARRISBURG, PA

JAN 21 2005

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

CLERK
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG PA 17108

Re: **UNITED STATES V WALLACE**
    **CASE NO. 1:CR-01-104**

Dear Clerk,

   Please 1 would like to request copies of the following legal documents in the above case number mentioned.
       (1) Plea Hearing Transcripts
       (2) Sentencing Transcripts
       (3) Discovery
       (4) Indictment
       (5) Docket Sheet

   These documents are needed to assist me in preparing a motion 1 intend to on filing with the court. Thus, 1 would highly appreciate it a lot if the court can send me these document at the government expense or in the alternative, let me know how much it will cost for those copies.

   Thanking you in anticipation of a speedy response.

                                                    _____
                                                    Alando F. Wallace





To: CLERK
Federal building
P.O Box 983
Harrisburg Pa 17108

Name: A. Wallace
Register Number 10613-067
Security Correctional Institution-Allentwood
P.O. Box 1000
White Deer, PA 17887