# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF PENNSYLVANIA

#### P.O. BOX 868

### HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

Telephone (717) 221-3960

January 24, 2005

Alando F. Wallace
Reg. No. 10613-067
LSCI Allenwood
Box 1000
White Deer, PA 17887

Re:  United States v. Wallace
     Case No. 1:CR-01-104

Dear Mr. Wallace:

You filed a letter with the Clerk of Court requesting copies of certain materials. No transcripts of your plea and sentencing proceedings have been produced. Discovery is in the hands of the United States Attorney and it is possible that your attorney may be in possession of discovery. I suggest you ask him for copies of any discovery he may have.

I am supplying you with a copy of the indictment, your signed statement and a docket sheet. You should be advised that any appeal would be untimely and that you would lack standing to file a habeas petition under United States v. Booker because that case only applies to cases on appeal or not yet final.

Sincerely,

Sylvia H. Rambo
United States District Judge