United States District Court
For The Middle District of Pennsylvania

Case No: 1:CR-01-104

United States of America
   Plaintiff
   vs
Alando Wallace
   Defendant

U.S. District Judge
Sylvia H. Rambo

## Request To The Clerk of Court

The Defendant Alando Wallace respectfully request from your clerk office copies of the following documents on file. Which includes copies of his discovery, legal material that was submitted into evidence by the government during my criminal proceeding in Case No: 1:CR-01-104. Copies of any DEA 6 form showing the actual test that was performed on all crack-cocaine base taken from defendant. Copies of transcript which includes Grand Jury Transcript, Lab Report, all motions filed in the above cause.

FILED
HARRISBURG

FEB 0 6 2007

MARY E. D'ANDREA, CLERK
Per: _____
      DEPUTY CLERK

Respectfully Submitted
Alando Wallace
Reg. No: 10613-067
LSCI Allenwood Low
P.O Box 1000
White Deer, PA 17887

Sign: Alando Wallace

Alando Wallace
10613-067

HARRISBURG PA 171
05 FEB 2007 PM 4 T

To: Sylvia H. Rambo
U.S. District Court
228 Walnut Street
Harrisburg PA 17108

