UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 868

HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

February 8, 2007

Mr. Alando F. Wallace
Reg. No. 10613-067
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

    Re:   United States v. Wallace
            Case No. 1:CR-01-104

Dear Mr. Wallace:

    On February 6, 2007, the Clerk of Court received a request from you for certain documents in the referenced case, i.e. DEA 6 forms, lab reports on cocaine base, and copies of grand jury transcripts. The Clerk of court does not have the evidence you seek as that is in the hands of the United States Attorney General. (Your counsel may have copies of the DEA forms and the lab report.) No transcript was made of the grand jury proceedings. Your request, therefore, can not be honored.

                      Sincerely,

                      Sylvia H. Rambo
                      United States District Judge