01-CR-104

FILED
HARRISBURG, PA
JAN - 2 2008
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

ALANDO WALLACE 10613-06
S.S.C.I. Allenwood
P.O. Box 1000
White Deer PA. 17887

Dear, Judge
      Sylvia H. Rambo
              Your honor I am asking you kindly If it possible, please appoint me a court appointed attorney. My previous attorney has Retired so now I am in a desperate need of an attorney.
          It would be greatly appreciated if you could Respond back at your earliest convienent.
      Thanks in advance.

                                Sincerely
                                Mr. A. Wallace.
                                12/27/07.

FR:- Alando Wallace 10613-067
Low security correctional institution-
Allenwood
P.O. Box 1000
White Deer PA 17887

HARRISBURG PA 171
26 DEC 2007 PM 5 T

To:- Judge Sylvia H. Rambo
U.S. District court
228 Walnut Street
P.O. Box 983
Harrisburg PA 17108

17108/0583