UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 868

HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

January 3, 2008

Mr. Alando F. Wallace
Reg. No. 10613-067
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

      Re:   United States v. Wallace
            Case No. 1:CR-01-104

Dear Mr. Wallace:

      Your letter to me dated December 27, 2007, in which you request appointment of counsel, was received in this office on January 2, 2008. Please be advised that your case is closed and there is presently no action before this court. This court, therefore, has no jurisdiction to appoint counsel for you.

                                    Sincerely,

                                    Sylvia H. Rambo
                                    United States District Judge