PROFICIENT



This is to acknowledge that

# Alcindo Wallace

has completed 400 hours of intensive study in COREL® Office Suite and has received the following official certification:

**WordPerfect® 12 Proficient User**
**Quattro® Pro Proficient User**

Dated and signed this 20th day of October 2006

Lisa Rae Jonson
Corel Instructor
Official Corel Training Partner



COREL Training Partner

This is to acknowledge that

# Alando Wallace

has completed 250 program hours in the following Vocational Training Workshops:

Developing Speaking Skills
Interpersonal Relationships
Winning Interview Skills
Computer Concepts
Corel® Office Suite Computer Training

and has received **Official Certification of Proficiency** in:

Corel® WordPerfect® 10
Corel® Quattro® Pro 10



Vocational Training
Class of 2005

Lisa Rae Johnson
Corel Training Partner
AED, Allenwood PA

COREL
Training Partner

# Certificate of Achievement



**Psychology Department**
**Allenwood, Pennsylvania**

This Certifies that

*Alando Wallace*

has satisfactorily completed

the

*30 Hour Drug Education Course*

This Certificate is hereby issued September 9, 2004

S. Eisner, Drug Treatment Specialist



L.S.C.I. Allenwood

# Certificate of Completion

THIS CERTIFIES THAT

ALANDO WALLACE

of

*The Allenwood Education Department*
*White Deer, Pennsylvania*

is hereby recognized for completion of the 42 hour course of study for the Parenting Program and is awarded this certificate of distinction.

Given this date **FEBRUARY 11, 2004**

Supervisor of Education

Parenting Coordinator

# Certificate of Completion

awarded to:

## Alando Wallace

Has successfully completed 20 hours of
Adult Continuing Education
in the field of:

### Basic Electrical Theory I

Issued in White Deer, Pennsylvania, on this 15th day of March, 2004

_____
ACE COORDINATOR

_____
SUPERVISOR OF EDUCATION

ESCI Allenwood
Education Department

# Certificate of Completion

This is to certify that

*Wallace Alando*

Has successfully completed the Quality Assurance Training Course at the LSCI Allenwood Dimension Mill, consisting of __4__ hours of classroom training in the fields of Blueprint Reading, Routing & Ticketing Procedures, Inspection Standards, Quality Assurance Policies and Tool Usage as well as __195__ hours of On-The-Job Training in the above mentioned fields.

Given this __11th__ day of __January__, in the year 2007.

_____
R. Holmes, LSCI Assistant Factory Manager

# Certificate of Achievement



**Psychology Department**
**Allenwood, Pennsylvania**

This Certifies that

## *Alando Wallace*

has satisfactorily completed

the

### *30 Hour Drug Education Course*

This Certificate is hereby issued September 9, 2004

S. Eisner, Drug Treatment Specialist

# PROOF OF SERVICE

I certify that on __March 3, 2008__ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

Clerk
U.S. District Court
Middle District of Pennsylvania-Harrisburg
P.O. Box 983
Harrisburg, PA 17108
(Original and Two Copies of Motion for Reduction of Sentence
Pursuant to 18 U.S.C. §3582(c)(2))

Eric Pfisterer-AUSA
U.S. Attorney's Office
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108
(One Copy-Same)

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on __03/03/08__ (date) for forwarding to the Court ~~of Appeals~~. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_P. Wallace_
Signature
Alando Wallace - Pro Se
Reg. No. 10613-067
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000

Dated: __March 3, 2008__

Rev. 09/05

7

