IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:CR-01-104 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| ALANDO WALLACE | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE

I, Heidi R. Freese of the Federal Public Defender's Office, do hereby certify that the United States filed a separate response outlining the extent of their concurrence/non-concurrence.

Date: April 2, 2008          /s/ Heidi R. Freese
                             HEIDI R. FREESE, ESQUIRE
                             Asst. Federal Public Defender
                             Attorney ID #PA87668
                             100 Chestnut Street, Suite 306
                             Harrisburg, PA 17101
                             Tel. No. (717) 782-2237
                             Fax No. (717) 782-3881
                             <heidi_freese@fd.org>
                             *Attorney for Alando Wallace*