AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **ALANDO WALLACE** ) | Case No: 1:CV-01-104 |
| ) | USM No: 10613-067 |
| Date of Previous Judgment: 04/29/02 ) | Heidi R. Freese, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  135  months **is reduced to**  120 months  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:  31           Amended Offense Level:  29
Criminal History Category:  III       Criminal History Category:  III
Previous Guideline Range:  135 to 138 months   Amended Guideline Range:  120 to 135 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

FILED
HARRISBURG, PA

APR - 4 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Except as provided above, all provisions of the judgment dated  04/25/2002  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  April 3, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Sylvia H. Rambo, United States District Judge
Printed name and title